HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS R. HOPKINS,

          Plaintiff,

    v.

JOHN DOE, et al,

          Defendants.

Case No. C08-5100RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Application to Proceed *In Forma Pauperis*. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

This application and proposed complaint is another in a recent string of filings by plaintiff. *See* C07-5621RBL, C07-5638RBL and C07-5672RBL. The applications to proceed *in forma pauperis*, signed under the penalty of perjury, all differ materially in plaintiff's statements about his income. Because this Court cannot rely on plaintiff's sworn declarations as being truthful, the application to proceed *in forma pauperis* is **DENIED**. *See Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied*, 375 U.S. 845 (1963) (the court has broad discretion in determining an application to proceed *in forma pauperis).* The plaintiff shall have thirty (30) days from entry of this Order to pay the filing fee or this case will be **DISMISSED**.

ORDER
Page - 1

1 **IT IS SO ORDERED.**

2 The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
3 pro se.

4 Dated this 21st day of April, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE