# United States District Court

WESTERN DISTRICT OF WASHINGTON

DENNIS R. HOPKINS

JUDGMENT IN A CIVIL CASE

v.

JOHN DOE, et al.,

CASE NUMBER: C08-5100RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. That thirty days have passed since the Order was resent to the plaintiff, and the filing fee has not been paid.

IT IS ORDERED AND ADJUDGED

That this cause of action is **DISMISSED**.

September 16, 2008                     BRUCE RIFKIN
                                        Clerk

                                       *s/CM Gonzalez*
                                       Deputy Clerk